IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

IVANA WILLIAMS                                                                                   PLAINTIFF

V.                                                    CIVIL ACTION NO. 3:24-CV-00606-KHJ-MTP

MISSISSIPPI DEPARTMENT OF
PUBLIC SAFETY                                                                                   DEFENDANT

### MOTION TO WITHDRAW AS COUNSEL OF RECORD

Comes now Bethany B. Johnson and files this Motion to Withdraw as Counsel of Record for Defendant Mississippi Department of Public Safety, and in support of the same, would show unto the Court as follows:

1. Undersigned counsel, in her capacity as Special Assistant Attorney General for the State of Mississippi, entered an appearance on behalf of Defendant Mississippi Department of Public Safety in this matter.

2. Undersigned counsel would show that she is leaving her position as Special Assistant Attorney General for the State of Mississippi and will be doing no further work on this matter.

3. The Defendant Mississippi Department of Public Safety will continue to be represented in this matter by Special Assistant Attorney General Lindsay T. Dowdle.

4. No prejudice will occur to any of the parties if this motion is granted.

WHEREFORE, PREMISES CONSIDERED, Bethany B. Johnson respectfully requests that this Court enter an order allowing her to withdraw as counsel of record for Defendant Mississippi Department of Public Safety.

RESPECTFULLY SUBMITTED, this the 24th day of January, 2025.

        MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY, *Defendant*

        LYNN FITCH, ATTORNEY GENERAL STATE OF MISSISSIPPI

        */s/ Bethany B. Johnson*
        Special Assistant Attorney General
        Mississippi Bar No. 10423
        P.O. Box 220

STATE OF MISSISSIPPI
OFFICE OF THE ATTORNEY GENERAL
BETHANY B. JOHNSON (MSB # 10423)
LINDSAY THOMAS DOWDLE (MSB # 102873)
CIVIL LITIGATION DIVISION
Post Office Box 220
Jackson, Mississippi 39205-0220
601-359-3020
Bethany.johnson@ago.ms.gov
Lindsay.Dowdle@ago.ms.gov

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have this day sent via electronic through the Court's ECF filing system, a true and correct copy of the above and foregoing document, together with the exhibits referenced therein, to all counsel of record.

This, the 24th day of January, 2025.

/s/ Bethany B. Johnson
Special Assistant Attorney General
Mississippi Bar No. 10423
P.O. Box 220
Jackson, Mississippi 39205-0220
Telephone: (601) 359-4245
E-mail: Bethany.Johnson@ago.ms.gov